**2010–0439.   State ex rel. Aaron Rents, Inc. v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 09AP–232, 2010-Ohio-218. On request for oral argument. Request denied.
　McGee Brown, J., dissents.

**2010–1091.   Barbee v. Allstate Ins. Co.**
Lorain App. Nos. 09CA009594 and 09CA009596, 2010-Ohio-2016. On motion to strike appellant's merit brief and supplement. Motion granted.

**2010–1536.   State ex rel. O'Shea & Assoc. Co., L.P.A. v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 93275, 190 Ohio App.3d 218, 2010-Ohio-3416. On supplemental motion for admission pro hac vice of Daniel J. Lenerz. Motion granted.

**2010–1907.   State ex rel. Gambill v. Opperman.**
In Mandamus. On answer of respondent. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuan to S.Ct.Prac.R. 10.6:
　The parties shall file any evidence they intend to present within 20 days of the date of this entry, relator shall file a brief within ten days of the filing of the evidence, respondent shall file a brief within 20 days after the filing of relator's brief, and relator may file a reply brief within seven days after filing of respondent's brief.

**2011–0250.   B.J. Alan Co. v. Congress Twp. Bd. of Zoning Appeals.**
Wayne App. No. 07CA0051, 2010-Ohio-6449. On motion for stay of court of appeals' judgment. Motion denied.
　O'Connor, C.J., and Cupp and McGee Brown, JJ., dissent.

**2011–0329.   State v. Burst.**
Cuyahoga App. No. 94080, 2010-Ohio-5773. On motion for leave to file delayed appeal. Motion granted.
　O'Connor, C.J., and Cupp, J., dissent.

**2011–0335.   State v. Martin.**
Franklin App. No. 10AP–295, 2010-Ohio-5968. On motion for leave to file delayed appeal. Motion granted.
　O'Connor, C.J., and Lanzinger and Cupp, JJ., dissent.

**2011–0336.   State v. Clay.**
Miami App. No. 2009–CA–40, 2010-Ohio-5748. On motion for leave to file delayed appeal. Motion granted.
　O'Connor, C.J., and O'Donnell and McGee Brown, JJ., dissent.

**2011–0338.   State v. Haddon.**
Cuyahoga App. No. 96178. On motion for leave to file delayed appeal. Motion denied.
　Pfeifer and McGee Brown, JJ., dissent.

**2011–0366.   State v. Bleigh.**
Delaware App. No. 09–CAA–03–0031, 2010-Ohio-1182. On motion for leave to file delayed appeal. Motion denied.

**2011–0375.   State v. Ector.**
Lucas App. No. L–10–1002, 2010-Ohio-6515. On motion for leave to file delayed appeal. Motion granted.
　O'Connor, C.J., and O'Donnell, J., dissent.

**2011–0376.   State v. Carpenter.**
Cuyahoga App. No. 94709, 2011-Ohio-211. On motion for leave to file delayed appeal. Motion granted.
　O'Connor, C.J., and O'Donnell and Lanzinger, JJ., dissent.

**2011–0453.   Credit Based Asset Servicing v. Vecchio.**
Summit App. No. 25663. On emergency motion for stay of sheriff's sale scheduled for May 20, 2011. Motion denied.